UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WING CHAN and MING ZHANG, individually and on behalf of all other employees similarly situated, <br><br> Plaintiffs, <br><br> — against — <br><br> XIFU FOOD, INC., d/b/a Xifu Food; PENG XIANG; and HONG JI, a/k/a "Hellen," <br><br> Defendants. | 18-CV-5445 (ARR)(RML) <br><br> **Opinion & Order** <br><br> Not for electronic or print publication |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated August 5, 2020, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for default judgment is granted as to defendant Hong Ji but denied as to defendants Peng Xiang and Xifu Food, Inc. In terms of damages, Plaintiff Ming Zhang is awarded $44,483.38, as well as pre-judgment interest accruing from October 26, 2015, to the date of entry of judgment and post-judgment interest. Plaintiff Wing Chan is awarded $61,235.38, as well as pre-judgment interest accruing from October 26, 2015, to the date of entry of judgment and post-judgment interest. Plaintiffs collectively are awarded $7,130 in attorneys' fees and $479.33 in costs. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:        August 25, 2020
              Brooklyn, New York